UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ARTHUR GLICK TRUCK SALES, INC.,

                Plaintiff,         CIVIL ACTION NO. 11-CV-2824 (KMK)

    -against-

SUTPHEN EAST CORP. & TRAVELERS
CASUALTY AND SURETY
COMPANY OF AMERICA,
                Defendants.
---------------------------------------------------------X

## NOTICE OF APPEAL
## IN A CIVIL CASE

S I R S:

      NOTICE is hereby given that the plaintiff, ARTHUR GLICK TRUCK SALES, INC., appeals to the United States Court of Appeals for the Second Circuit from the final order dismissing the complaint upon summary judgment pursuant to FRCP 56, entered in this action on the 8th day of August, 2013, 2013WL4028184 (Kenneth M. Karas, District Judge), and from prior order entered on the 18th day of December, 2012, 914 F. Supp 2d 529.

DATED:  September 4, 2013

                                            ORSECK LAW OFFICES, PLLC

                                            /s/ *Gerald Orseck*

                                            _____
                                            BY:    Gerald Orseck (GO9913)
                                            Attorneys for Plaintiff-Appellant
                                            PO Box 469
                                            Liberty, NY  12754
                                            (845)292-5800